USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henry Tucker, on behalf of himself and all other persons similarly situated,

                Plaintiff,

-against-

Amazon.com, Inc.,

                Defendant.

1:19-cv-09841 (JPO) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In light of recent public health developments, the Initial Conference scheduled for Tuesday, March 31, 2020 at 2:30 p.m. (*see* ECF No. 13) shall be conducted by telephone rather than in person. At the scheduled time, the parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
             March 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge