UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY TUCKER on behalf of himself and all other persons similarly situated,<br><br>                Plaintiff,<br><br>      - against -<br><br>AMAZON.COM, INC.,<br><br>                Defendant. | Case No. 1:19-cv-9841<br><br>**STIPULATION STAYING DISCOVERY** |

**WHEREAS**, Defendant Amazon.com, Inc. has filed a Motion to Dismiss the complaint of Plaintiff Henry Tucker;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that, subject to approval of the Court, the adjudication of the Motion to Dismiss renders discovery potentially unnecessary and that, to conserve the resources of the Parties and this Court, discovery shall be stayed pending resolution of the Motion to Dismiss and relief from all discovery deadlines and obligations is warranted.

Dated: New York, New York
       March 20, 2020

| | |
|---|---|
| GOTTLIEB & ASSOCIATES<br><br>By: _____<br>    Jeffrey M. Gottlieb<br>150 East 18th Street, Suite PHR<br>New York, NY 10003<br>Tel: (212) 228-9795<br>nyjg@aol.com<br><br>*Attorneys for Plaintiff Henry Tucker* | DAVIS WRIGHT TREMAINE LLP<br><br>By: _____<br>    John M. Magliery<br>    Christopher L. Donati<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>Tel: (212) 603-6422<br>johnmagliery@dwt.com<br>chrisdonati@dwt.com<br><br>*Attorneys for Defendant Move, Inc.* |

So Ordered:

_____
    U.S.D.J.
    U.S.M.J.