UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER,

                 Plaintiff,

-v-

AMAZON.COM, INC,

                 Defendant.

19-CV-9841 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The letter request at Docket Number 29 is granted. This case has been stayed pending resolution of *Calcano v. Swarovski North America Ltd.*, No. 20-1552 (2d Cir.). The Second Circuit issued a decision in *Calcano* on June 2, 2022. (*See* Dkt. No. 29-1.) After granting Defendant's motion to dismiss for failure to state a claim (Dkt. No. 26), the Court directed Plaintiff to seek leave to file a second amended complaint in this dispute within 10 days of *Calcano* (Dkt. No. 28). That deadline has passed, and Plaintiff has not sought leave to amend the complaint.

    The Clerk of Court is directed to lift the stay, enter final judgment for Defendant, and close this case.

    SO ORDERED.

Dated: August 17, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge