**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HENRY TUCKER,

               Plaintiff,

-against-                                      19 **CIVIL** 9841 (JPO)

**JUDGMENT**

AMAZON.COM, INC.,

               Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 17, 2022, the letter request at Docket Number 29 is granted. This case has been stayed pending resolution of Calcano v. Swarovski North America Ltd., No. 20-1552 (2d Cir.). The Second Circuit issued a decision in Calcano on June 2, 2022. (See Dkt. No. 29-1.) After granting Defendant's motion to dismiss for failure to state a claim (Dkt. No. 26), the Court directed Plaintiff to seek leave to file a second amended complaint in this dispute within 10 days of Calcano (Dkt. No. 28). That deadline has passed, and Plaintiff has not sought leave to amend the complaint. Final judgment is entered for Defendant; accordingly, the case is closed.

**Dated:**  New York, New York

      August 17, 2022

                                                **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                        **BY:**     *K. Mango*
                                                      **Deputy Clerk**